**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK)

Patricia A. Rowen, being duly sworn, deposes and says:

1.     I am not a party to this action, am over 18 years of age, reside in New York, NY, and am employed by O'Melveny & Myers LLP.

2.     On June 11, 2008, I served a true copy of the *Notice of Adjournment of Hearing On The Application For An Order Authorizing The Employment And Retention Of Perella Weinberg Partners LP As Financial Advisor To The Official Committee Of Unsecured Creditors Nunc Pro Tunc To March 14, 2008*, by email on the parties attached hereto as Exhibit A and by U.S. Mail to the parties attached hereto as Exhibit B.

_____
Patricia A. Rowen

Sworn to before me this
11th day of June 2008

_____
Notary Public

MICHAEL VOLLER
NOTARY PUBLIC, State of New York
No. 01VO6008998
Qualified in Kings County
Commission Expires July 27, 20/0

**Exhibit A**
**Ziff Davis [08-10768 (BRL)]**
**Monthly Service List**
**Core Group**

AKIN GUMP STRAUSS HAUER & FELD LLP
(RE: MHR FUND MANAGEMENT LLC)
MICHAEL S. STAMER
590 MADISON AVE
NEW YORK, NY 10022-2524
mstamer@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
(RE: MHR FUND MANAGEMENT LLC)
MARY MASELLA
590 MADISON AVE
NEW YORK, NY 10022-2524
mmasella@akingump.com

ALVAREZ & MARSAL
(RE: FINANCIAL ADVISOR TO DEBTORS)
RICHARD J MIZAK
600 LEXINGTON AVENUE, 6TH FL
NEW YORK, NY 10022
rmizak@alvarezandmarsal.com

CORPORATE TRUST SERVICES
(RE: INDENTURE TRUSTEE SECURED
LENDERS)
LAWRENCE J BELL
U S BANK NATIONAL ASSOCIATION
555 SW OAK STREET
PORTLAND, OR 97204
Lawrence.Bell@USBank.com

DEUTSCHE BANK TRUST CO AMERICAS
(RE: TRUSTEE SENIOR SUBORDINATED
NOTES)
STANLEY BURG, VP
60 WALL STREET
MS# NYC60-2720
NEW YORK, NY 10005-2858
stan.burg@db.com

DEUTSCHE BANK TRUST COMPNY
AMERICAS
(RE: TRUSTEE SENIOR SUBORDINATED
NOTES)
IRINIA GOLOVASHCHUK
25 DEFOREST AVENUE
2ND FL, MS SUM01-0105
SUMMIT, NJ 07901
irina.golovashchuk-ctas@db.com

FAEGRE & BENSON LLP
(RE: COUNSEL TO INDENTURE TRUSTEE)
ABBY E WILKINSON
90 SOUTH SEVENTH ST, SUITE 2200
MINNEAPOLIS, MN 55402-3901
Awilkinson@faegre.com

FAEGRE & BENSON LLP
(RE: COUNSEL TO INDENTURE TRUSTEE)
MICHAEL B FISCO
90 SOUTH SEVENTH ST, SUITE 2200
MINNEAPOLIS, MN 55402-3901
Mfisco@faegre.com

HOULIHAN LOKEY
(RE: FINANCIAL ADVISOR TO NOTE
HOLDERS)
ERIC SIEGERT
225 S SIXTH STREET
STE 4950
MINNEAPOLIS, MN 55402
esiegert@hlhz.com

KELSTADT & WINTERS LLP
TRACY L. KELSTADT, SEAN C. SOUTHARD
292 MADISON AVE, 17 FLOOR
NEW YORK, NY 10017

KIRKLAND & ELLIS LLP
(RE: WILLIS STEIN & PARTNERS LLC)
JIM STEMPEL
200 EAST RANDOLPH DRIVE
CHICAGO, IL 60601
jstempel@kirkland.com

KIRKLAND & ELLIS LLP
(RE: WILLIS STEIN & PARTNERS LLC)
ADAM C PAUL
200 EAST RANDOLPH DRIVE
CHICAGO, IL 60601
apaul@kirkland.com


MERRILL LYNCH & CO.
(RE: PRIVATE CLIENT GROUP)
SETH HILLMAN
9 WEST OFFICE CENTER
2200 FLETCHER AVENUE
FORT LEE, NJ 07024
seth_hillman@ml.com

PAUL WEISS RIFKIND WHARTON &
GARRISON
(RE: SENIOR SECURED NOTE HOLDERS)
BRIAN S HERMANN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
Bhermann@paulweiss.com

PAUL WEISS RIFKIND WHARTON &
GARRISON
(RE: SENIOR SECURED NOTE HOLDERS)
ALAN W KORNBERG
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
akornberg@paulweiss.com

PERELLA WEINBERG PARTNERS
DERRON SLONECKER
767 FIFTH AVE
NEW YORK, NY 10153
dslonecker@pwpartners.com


WINSTON & STRAWN
(RE: COUNSEL TO DEBTORS)
CAREY R SCHREIBER
200 PARK AVE
NEW YORK, NY 10166-4193
cschreiber@winston.com

WINSTON & STRAWN
(RE: COUNSEL TO DEBTORS)
DANIEL MCGUIRE
35 W WACKER DR
CHICAGO, IL 60601-9703
dmcguire@winston.com

WINSTON & STRAWN
(RE: COUNSEL TO DEBTORS)
DAVID NEIER
200 PARK AVE
NEW YORK, NY 10166-4193
dneier@winston.com

WINSTON & STRAWN
(RE: COUNSEL TO DEBTORS)
GRAYSON WALTER
35 W WACKER DR
CHICAGO, IL 60601-9703
gwalter@winston.com

WINSTON & STRAWN
(RE: COUNSEL TO DEBTORS)
MARK K THOMAS
35 W WACKER DR
CHICAGO, IL 60601-9703
mkthomas@winston.com

WINSTON & STRAWN
(RE: COUNSEL TO DEBTORS)
MINDY D COHN
35 W WACKER DR
CHICAGO, IL 60601-9703
mcohn@winston.com

ZIFF DAVIS HOLDINGS INC.
(RE: DEBTOR)
SHIRIN MALKANI
28 EAST 28TH STREET
NEW YORK, NY 10016
shirin_malkani@ziffdavis.com

BINGHAM MCCUTCHEN LLP
(RE: DEUTSCH BANK SR SUBORDINATE
NOTES)
BEN M KROWICKI
ONE STATE ST
HARTFORD, CT 06103
ben.krowicki@bingham.com

BINGHAM MCCUTCHEN LLP
(RE: DEUTSCH BANK SR SUBORDINATE
NOTES)
KATE K SIMON
ONE STATE ST
HARTFORD, CT 06103
kate.simon@bingham.com

BLANK ROME LLP
(RE: 63 MADISON ASSOCIATES LP)
EDWARD J LOBELLA ESQ
THE CHRYSLER BLDG
405 LEXINGTON AVE
NEW YORK, NY 10174-0208
elobello@blankrome.com

FAEGRE & BENSON LLP
(RE: US BANK NATIONAL ASSCOCIATION)
ABBY E WILKINSON
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH ST
MINNEAPOLIS, MN 55402-3901
Awilkinson@faegre.com

FAEGRE & BENSON LLP
(RE: US BANK NATIONAL ASSOCIATION)
MICHAEL B FISCO
2200 WELL FARGO CENTER
90 SOUTH SEVENTH ST
MINNEAPOLIS, MN 55402-3901
Mfisco@faegre.com

KELLEY DRYE & WARREN LLP
(RE: US BANK NATIONAL ASSOCIATION)
JAMES S CARR
101 PARK AVE
NEW YORK, NY 10178
KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN LLP
(RE: US BANK NATIONAL ASSOCIATION)
JENNIFER A CHRISTIAN
101 PARK AVE
NEW YORK, NY 10178
KDWBankruptcyDepartment@kelleydrye.com

LINEBARGER GOGGAN ET AL
ELIZABETH WELLER
2323 BRYAN STREET
SUITE 1600
DALLAS, TX 75201
dallas.bankruptcy@publicans.com

MCGUIRE WOODS LLP
KENNETH M MISKEN
1750 TYSONS BLVD
STE 1800
MCLEAN, VA 22102
kmisken@mcguirewoods.com

MCGUIRE WOODS LLP
DAVID I SWAN
1750 TYSONS BLVD
STE 1800
MCLEAN, VA 22102
dswan@mcguirewoods.com

ORRICK HERRINGTON & SUTCLIFFE LLP
(RE: RINCON 365 BORROWER LLC)
ALYSSA D ENGLUND
666 FIFTH AVE
NEW YORK, NY 10103
aenglund@orrick.com

PAUL WEISS RIFKIND WHARTON &
GARRISON
(RE: SENIOR SECURED NOTEHOLDERS)
ALAN W KORNBERG
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
Akornberg@paulweiss.com

PAUL WEISS RIFKIND WHARTON &
GARRISON
(RE: SENIOR SECURED NOTEHOLDERS)
BRIAN S HERMANN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
Bhermann@paulweiss.com

DEVINE MILLIMET & BRANCH PA
STEVEN E. GRILL, ESQ.
RE: PC CONNECTION SALES CORP.
sgrill@devinemillimet.com

PERELLA WEINBERG PARTNERS
DERRON SLONECKER
RE: FA AD COMM CMPDNG NT HLDRS
dslonecker@pwpartners.com


POST & SCHELL PC
BRIAN W BISIGNANI, ESQ.
RE: AON CONSULTING
bbisignani@postschell.com

**Exhibit B**
**Ziff Davis [08-10768 (BRL)**
**Service List**
**2002 List**

INTERNAL REVENUE SERVICE
600 ARCH STREET, ROOM 7310
PHILADELPHIA, PA 19106

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
600 ARCH STREET
PHILADELPHIA, PA 19114

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
11601 ROOSEVELT BLVD
MAIL DROP POINT N781
PHILADELPHIA, PA 19154

SECURITIES & EXCHANGE COMMISSION
HEADQUARTERS
100 F STREET, NE
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMMISSION
NORTHEAST REGIONAL
THE WOOLWORTH BUILDING
233 BROADWAY-JOHN MURRAY
NEW YORK, NY 10279

NY1:1739148.1