David Neier (DN 5391)
Carey D. Schreiber (CS 3896)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

and

Mark K. Thomas (admitted *pro hac vice*)
Daniel McGuire (admitted *pro hac vice*)
Mindy D. Cohn (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Counsel to the Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| Ziff Davis Media Inc., et al.,[1] | ) |
| | ) Case No. 08-10768 (BRL) |
| Debtors. | ) Jointly Administered |
| | ) |

## DECLARATION OF DANIEL J. McGUIRE CERTIFYING THE TABULATION OF VOTES ON, AND THE RESULTS OF VOTING WITH RESPECT TO THE DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED AS OF MAY 6, 2008

I, Daniel J. McGuire, make this Declaration under 28 U.S.C. § 1746 and state as

follows:

---

[1] The Debtors in these cases include: Ziff Davis Media Inc.; Ziff Davis Development Inc.; Ziff Davis Holdings Inc.; Ziff Davis Intermediate Holdings Inc.; Ziff Davis Internet Inc.; Ziff Davis Publishing Inc.; and Ziff Davis Publishing Holdings Inc.

1. I am over eighteen years of age and not a party in these Chapter 11 Cases.

2. I am a partner with the law firm of Winston & Strawn LLP, which serves as counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors").

3. Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Order Approving (A) Disclosure Statement, (B) Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan and (C) Related Notice and Objection Procedures [Docket No. 200] (the "Approval Order").

4. This Declaration is made in reliance on the Declaration of Stephenie Kjontvedt on Behalf of BMC Group, Inc., as Voting Agent, Regarding the Solicitation and Tabulation of Votes with Respect to the Second Amended Joint Chapter 11 Plan of Reorganization Dated as of May 6, 2008 (the "Kjontvedt Declaration"), a copy of which is attached hereto as Exhibit A.

5. Pursuant to the Approval Order, Classes 1, 2, 3, and 8 were identified as Non-Voting Classes, and the Holders of Claims and Interests in such Classes were not entitled to vote to accept or reject the Plan. Accordingly, BMC Group, Inc. (the "Voting Agent") was not required to and did not solicit votes from the Holders of Claims and Interests in the Non-Voting Classes.

6. On May 15, 2008, pursuant to the Approval Order and in accordance therewith, the Voting Agent solicited votes from the Holders of Claims in the following Impaired Classes:

> Class 4: Senior Secured Note Claims and MHR Note Claims
>
> Class 5: Subordinated Note Claims and Stub Note Claims
>
> Class 6: General Unsecured Claims
>
> Class 7: Convenience Class Claims

7.     Pursuant to the Approval Order, the Voting Deadline was established as June 9, 2008, 5:00 p.m. prevailing Eastern time. Accordingly, unless the Voting Deadline was extended in accordance with the Approval Order, in order to be tabulated, a Ballot must have been properly executed, completed and received by the Voting Agent no later than the Voting Deadline.

8.     As set forth in the Kjontvedt Declaration, three Master Ballots from Broadridge Financial Solutions, Inc. ("Broadridge") (a proxy service and Voting Nominee for a number of Holders of the Senior Secured Notes, Subordinated Notes and Stub Notes) were received by the Voting Agent at 5:08 p.m. on June 9, 2008, eight minutes past the Voting Deadline. As set forth in the Kjontvedt Declaration, no other Ballots were received subsequent to the Voting Deadline on June 9, 2008.

9.     Pursuant to and in accordance with the Approval Order, the Debtors, in consultation with the Ad Hoc Senior Secured Note Holder Group, granted Broadridge a retroactive extension of the Voting Deadline to June 9, 2008, at 5:15 p.m. (the "Extended Voting Deadline"). Therefore, the Broadridge Ballots have been accepted and included in the final tabulation results.

10.    The voting results were not modified by inclusion of the Broadridge Ballots. Each Voting Class accepted the Plan irrespective of whether the Broadridge Ballots are included in tabulation. Excluding the Broadridge Ballots, the voting results with respect to Classes 4, 5, 6 and 7 are as follows:

3

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | |
|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT |
| **Class 4** **Senior Secured Note Claims and MHR Note Claims** | 36 100% | $114,460,000.00 100% | 0 0% | 0 0% |
| **Class 5** **Senior Secured Note Claims and Stub Note Claims** | 6 100% | $692,538.00 100% | 0 0% | 0 0% |
| **Class 6** **General Unsecured Claims** | 6 60% | $4,148,555.83 95.15% | 4 40% | $211,585.04 4.85% |
| **Class 7** **Convenience Class Claims** | 38 92.68% | $227,193.21 90.74% | 3 7.32% | $23,187.87 9.26% |

11.    I believe that the foregoing voting results demonstrate that Classes 4, 5, 6 and 7 accepted the Plan notwithstanding exclusion of the Broadridge Ballots.  Because the Debtors have extended the Voting Deadline and instructed the Voting Agent to tabulate the Broadridge Ballots, the final voting results are as follows:

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | |
|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT |
| **Class 4** **Senior Secured Note Claims and MHR Note Claims** | 73 100% | $181,236,000.00 100% | 0 0% | 0 0% |
| **Class 5** **Senior Secured Note Claims and Stub Note Claims** | 25 100% | $84,589,583.00 100% | 0 0% | 0 0% |
| **Class 6** **General Unsecured Claims** | 6 60% | $4,148,555.83 95.15% | 4 40% | $211,585.04 4.85% |

CHI:2104251.4

| Class 7 Convenience Class Claims | 38 92.68% | $227,193.21 90.74% | 3 7.32% | $23,187.87 9.26% |
| --- | --- | --- | --- | --- |

12.     The voting results set forth above demonstrate that Classes 4, 5, 6 and 7 accepted the Plan under the standards of section 1126 of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 12, 2008

By: /s/ Daniel J. McGuire
Name: Daniel J. McGuire

5

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ZIFF DAVIS MEDIA INC., et al.,[1] | ) Case No. 08-10768 (BRL) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

## DECLARATION OF STEPHENIE KJONTVEDT ON BEHALF OF BMC GROUP, INC., AS VOTING AGENT, REGARDING THE SOLICITATION AND TABULATION OF VOTES WITH RESPECT TO THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED AS OF MAY 6, 2008

I, Stephenie Kjontvedt, make this Declaration under 28 U.S.C. § 1746 and state as follows:

1.     I am over eighteen years of age and not a party to the above captioned action.

2.     I am employed as a Senior Manager by BMC Group, Inc. ("BMC" or "Voting Agent"), the Notice, Claims and Balloting Agent for the above-captioned debtors and debtors in possession (collectively, the "Debtors"). I have been an employee of BMC for more than five years. My business address is 875 Third Avenue, 5th Floor, New York, New York 10022. I am familiar with and played a role in all aspects of the solicitation, balloting and voting process in these Chapter 11 Cases. If called as a witness, I could and would competently testify to the matters set forth herein.

---

[1]     The Debtors in these cases include: Ziff Davis Media Inc.; Ziff Davis Development Inc.; Ziff Davis Holdings Inc.; Ziff Davis Intermediate Holdings Inc.; Ziff Davis Internet Inc.; Ziff Davis Publishing Inc.; and Ziff Davis Publishing Holdings Inc.

3. Capitalized terms not otherwise defined herein have the meanings given to them in the Order Approving (A) Disclosure Statement, (B) Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan and (C) Related Notice and Objection Procedures [Docket No. 200] (the "Approval Order").

4. As set forth in the Order Pursuant to 28 U.S.C. § 156(c) and Local Rule 5075-1 of the Local Bankruptcy Rules for the Southern District of New York Authorizing and Approving the Retention of the BMC Group, Inc. as Notice, Claims and Balloting Agent, entered by the Court on March 11, 2008 [Docket No. 42], BMC was retained for, among other purposes, noticing, solicitation, and tabulation of votes with respect to plan confirmation. I make this Declaration to disclose actions taken by BMC in its capacity as the Debtors' "Voting Agent".

5. The Disclosure Statement, Plan and Approval Order served as BMC's guide for the solicitation and tabulation of votes to accept or reject the Plan.

6. Pursuant to the Approval Order, Classes 1, 2, 3, and 8 were identified as Non-Voting Classes and the Holders of Claims and Interests in such classes were not entitled to vote to accept or reject the Plan. Accordingly, BMC as Voting Agent was not required to and did not solicit votes from the Holders of Claims and Interests in the Non-Voting Classes.

7. On May 15, 2008, pursuant to the Approval Order and in accordance therewith, BMC solicited votes from the Holders of Claims in the following Impaired Classes:

Class 4: Senior Secured Note Claims and MHR Note Claims

Class 5: Subordinated Note Claims and Stub Note Claims

Class 6: General Unsecured Claims

Class 7: Convenience Class Claims

8.      Pursuant to the Approval Order, the Voting Deadline was established as June 9, 2008, 5:00 p.m. prevailing Eastern time. Accordingly, unless the Voting Deadline was extended in accordance with the Approval Order, in order to be tabulated, a Ballot must have been properly executed, completed and received by BMC no later than the Voting Deadline. Further, pursuant to the Approval Order, only Master Ballots could be received via facsimile transmission.

9.      Three Master Ballots from Broadridge Financial Solutions, Inc. ("Broadridge") (a proxy service and Voting Nominee for a number of Holders of the Senior Secured Notes, Subordinated Notes and Stub Notes) were received by BMC via facsimile transmission at 5:08 Eastern time, on June 9, 2008, eight minutes past the Voting Deadline. No other Ballots were received subsequent to the Voting Deadline on June 9, 2008.

10.     BMC has been advised that the Debtors, in consultation with the Ad Hoc Senior Secured Note Holder Group, granted Broadridge a retroactive extension of the Voting Deadline to June 9, 2008 at 5:15 p.m. Eastern time. Therefore, the Broadridge Ballots have been accepted and included in the final tabulation results.

11.     As set forth herein, the voting results are not modified by the inclusion of the Broadridge Ballots. Each Voting Class accepted the Plan irrespective of whether the Broadridge Ballots are included in the tabulation. Excluding the Broadridge Ballots, the voting results with respect to Classes 4, 5, 6 and 7 are as follows:

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | |
|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT |
| **Class 4** <br> **Senior Secured Note Claims and MHR Note Claims** | 36 <br> 100.00% | $114,460,000.00 <br> 100.00% | 0 <br> 0.00% | $0.00 <br> 0.00% |
| **Class 5** <br> **Senior Secured Note Claims and Stub Note Claims** | 6 <br> 100.00% | $692,538.00 <br> 100.00% | 0 <br> 0.00% | $0.00 <br> 0.00% |
| **Class 6** <br> **General Unsecured Claims** | 6 <br> 60.00% | $4,148,555.83 <br> 95.15% | 4 <br> 40.00% | $211,585.04 <br> 4.85% |
| **Class 7** <br> **Convenience Class Claims** | 38 <br> 92.68% | $227,193.21 <br> 90.74% | 3 <br> 7.32% | $23,187.87 <br> 9.26% |

12.	By extending the Voting Deadline, and pursuant to instruction by the Debtors to tabulate the Broadridge Ballots, the final voting results are as follows:

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | |
|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT |
| **Class 4** <br> **Senior Secured Note Claims and MHR Note Claims** | 73 <br> 100.00% | $181,236,000.00 <br> 100.00% | 0 <br> 0.00% | $0.00 <br> 0.00% |
| **Class 5** <br> **Senior Secured Note Claims and Stub Note Claims** | 25 <br> 100.00% | $84,589,583.00 <br> 100.00% | 0 <br> 0.00% | $0.00 <br> 0.00% |
| **Class 6** <br> **General Unsecured Claims** | 6 <br> 60.00% | $4,148,555.83 <br> 95.15% | 4 <br> 40.00% | $211,585.04 <br> 4.85% |
| **Class 7** <br> **Convenience Class Claims** | 38 <br> 92.68% | $227,193.21 <br> 90.74% | 3 <br> 7.32% | $23,187.87 <br> 9.26% |

CHI:2105828.3

13.     Attached hereto as **<u>Exhibit A</u>** is a tabulation report that excludes the Broadridge Ballots from tabulation and provides both summary and detail of all timely received Ballots; attached hereto as **<u>Exhibit B</u>** is a tabulation report that includes the Broadridge Ballots in the tabulation and provides a summary and detail of all Ballots received. Together, Exhibits A and B are the "Tabulation Reports". Each of the Tabulation Reports identifies the Ballots that were received but not counted, and provides the reason why any such Ballot was excluded from the tabulation of votes.

14.     All Ballots received by BMC are stored at BMC's Los Angeles office located at 444 North Nash Street, El Segundo, California  90245, and are available for inspection by the Court or any party in interest.

**[Signature Page Follows]**

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 12, 2008
New York, New York

Stephenie Kjontvedt

CHI:2105828.3

**EXHIBIT A**

# BALLOT TABULATION REPORT
## SUMMARY
### In Re: Ziff Davis Inc., et al.

| | Ballot Counts | | | | | | Ballot Amounts | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 4 | 36 | 100.00% | 0 | 0.00% | 36 | 48 | 84 | $114,460,000.00 | 100.00% | $0.00 | 0.00% | $114,460,000.00 | $265,891,278.60 | $380,351,278.60 |
| 5 | 6 | 100.00% | 0 | 0.00% | 6 | 28 | 34 | $692,538.00 | 100.00% | $0.00 | 0.00% | $692,538.00 | $136,873,448.00 | $137,565,986.00 |
| 6 | 6 | 60.00% | 4 | 40.00% | 10 | 3 | 13 | $4,148,555.83 | 95.15% | $211,585.04 | 4.85% | $4,360,140.87 | $0.00 | $4,360,140.87 |
| 7 | 38 | 92.68% | 3 | 7.32% | 41 | 6 | 47 | $227,193.21 | 90.74% | $23,187.87 | 9.26% | $250,381.08 | $25,130.51 | $275,511.59 |

| Class | Description |
|---|---|
| 4 | Senior Secured Note Claims and MHR Note Claims |
| 5 | Subordinated Note Claims and Stub Note Claims |
| 6 | General Unsecured Claims |
| 7 | Convenience Class Claims |

**In Re: Ziff Davis Inc., et al.**
**BALLOT TABULATION REPORT**

## Plan Class 4: Senior Secured Note Claims and MHR Note Claims

| | Ballot Counts | | | | | | Ballot Amounts | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | Rejected | Total Counted | Total Excluded | Total Received | | Accepted | Rejected | Total Counted | Total Excluded | Total Received | |
| 4 | 36  100.00% | 0  0.00% | 36  0.00% | 48 | 84 | | $114,460,000.00  100.00% | $0.00  0.00% | $114,460,000.00 | $265,891,278.60 | $380,351,278.60 | |

| | | | | Accepting | | Rejecting | | Total Counted | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Ref No. | Creditor Name | Total Amount | Amount | Votes | Amount | Votes | Counted | Excluded | Comments |
| 94 | | BANK OF NEW YORK (THE) | $35,000.00 | $35,000.00 | 1 | | | | | |
| 42 | | BANK OF NEW YORK (THE) | $2,344,000.00 | $2,344,000.00 | 10 | | | | | |
| 98 | | BROADRIDGE FINANCIAL | $66,776,000.00 | $66,776,000.00 | 37 | | | | X | Late filed. Submitted ballot included votes already included in JP Morgan Master Ballot Ctrl. No. 38 and Wells Fargo Master Ballot Ctrl. No. 45, tabulated amount reflects the reduction of amounts voted in those Master Ballots. |
| 93 | | GOLDMAN SACHS & CO | $12,000,000.00 | $12,000,000.00 | 1 | | | | | |
| 38 | | JP MORGAN CHASE NA | $1,041,000.00 | $1,041,000.00 | 3 | | | | | |
| 41 | | LEHMAN BROTHERS INC | $12,000,000.00 | $12,000,000.00 | 3 | | | | X | Duplicate original version of faxed ballot, see Ctrl. No. 40. |
| 39 | | LEHMAN BROTHERS INC | $18,600,000.00 | $18,600,000.00 | 3 | | | | X | Superseded. Ballot is superseded by Ctrl. No. 40, this ballot had overvoted the record date position. |
| 40 | | LEHMAN BROTHERS INC | $12,000,000.00 | $12,000,000.00 | 3 | | | | | |
| 27 | | MCTEE, MARSHA | $278.60 | | | $278.60 | 1 | | X | No signature. Not entitled to vote. Beneficial holder ballot submitted to directly to Voting Agent and was not pre-validated. |
| 53 | | MHR CAPITAL PARTNERS (100) LP | $269,877.00 | $269,877.00 | 1 | | | | | Submitted ballot overvoted the position, amount was reduced to principal amount of the respective note. |
| 54 | | MHR CAPITAL PARTNERS MASTER ACCOUNT LP | $2,334,202.00 | $2,334,202.00 | 1 | | | | | Submitted ballot overvoted the position, amount was reduced to principal amount of the respective note. |
| 55 | | MHR INSTITUTIONAL PARTNERS II LP | $1,136,588.00 | $1,136,588.00 | 1 | | | | | Submitted ballot overvoted the position, amount was reduced to principal amount of the respective note. |
| 57 | | MHR INSTITUTIONAL PARTNERSHIP III LP | $13,395,921.00 | $13,395,921.00 | 1 | | | | | Submitted ballot overvoted the position, amount was reduced to principal amount of the respective note. |
| 56 | | MHR INSTITUTIONAL PARTNERS II A LP | $2,863,412.00 | $2,863,412.00 | 1 | | | | | Submitted ballot overvoted the position, amount was reduced to principal amount of the respective note. |

## Plan Class 4: Senior Secured Note Claims and MHR Note Claims

| | | | | Accepting | | Rejecting | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Ref No. | Creditor Name | Total Amount | Amount | Votes | Amount | Votes | Excluded | Comments |
| 65 | | MORGAN STANLEY | $56,500,000.00 | $56,500,000.00 | 1 | | | | |
| 74 | | MORGAN STANLEY | $56,000,000.00 | $56,000,000.00 | 1 | | | X | Superseded. Ballot is superseded by Ctrl. No. 65. |
| 78 | | MORGAN STANLEY | $56,500,000.00 | $56,500,000.00 | 1 | | | X | Duplicate, original version of faxed ballot, see Ctrl. No. 65. |
| 47 | | MORGAN STANLEY | $56,000,000.00 | $56,000,000.00 | 1 | | | X | Superseded. Ballot is superseded by Ctrl. No. 65. |
| 81 | | NORTHERN TRUST COMPANY (THE) | $3,715,000.00 | $3,715,000.00 | 1 | | | | |
| 43 | | STATE STREET BANK & TRUST CO | $6,810,000.00 | $6,810,000.00 | 10 | | | | |
| 45 | | WELLS FARGO BANK NA | $15,000.00 | $15,000.00 | 1 | | | | |
| 48 | | WELLS FARGO BANK NA | $15,000.00 | $15,000.00 | 1 | | | X | Duplicate, original version of faxed ballot, see Ctrl. No. 45. |

## Plan Class 5: Subordinated Note Claims and Stub Note Claims

| | | Ballot Counts | | | | | | | Ballot Amounts | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | Rejected | Total Counted | Total Excluded | Total Received | | | | | | Total Counted | Total Excluded | Total Received |
| 5 | 6  100.00% | 0  0.00% | 6 | 28 | 34 | | | | | | $692,538.00 | $136,873,448.00 | $137,565,986.00 |

| | | | | | Accepting | | Rejecting | | Ballot Amounts | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Ref No. | Creditor Name | Total Amount | Accepted | Votes | Amount Votes | Rejected | Amount Votes | Counted | Excluded | Comments |
| 92 | | BANC OF AMERICA SECURITIES | $39,735.00 | $39,735.00 | 1 | | $0.00  0.00% | | | | |
| 46 | | BANK OF NEW YORK (THE) | $0.00 | | | | | | ✗ | | No signature. Ballot is missing both the vote page and the signature page. |
| 49 | | BANK OF NEW YORK (THE) | $71,206.00 | $71,206.00 | 1 | | | | | | |
| 96 | | BROADRIDGE FINANCIAL | $10,342,250.00 | $10,342,250.00 | 4 | | | | ✗ | | Late filed |
| 97 | | BROADRIDGE FINANCIAL | $73,554,795.00 | $73,554,795.00 | 15 | | | | ✗ | | Late filed |
| 82 | | JP MORGAN CHASE NA | $24,776.00 | $24,776.00 | 2 | | | | ✗ | | Duplicate original version of faxed ballot, see Ctrl. No. 76 |
| 76 | | JP MORGAN CHASE NA | $24,776.00 | $24,776.00 | 2 | | | | | | |
| 95 | | MELLON TRUST OF NEW ENGLAND NA | $56,821.00 | $56,821.00 | 1 | | | | | | |
| 58 | | MHR CAPITAL PARTNERS (100) LP | $1,872,006.00 | $1,872,006.00 | 1 | | | | ✗ | | Not entitled to vote. Beneficial holder ballot submitted to directly to Voting Agent and was not pre-validated.  Vote amount as submitted by the voter was modified and reduced to record date amount. |
| 64 | | MHR CAPITAL PARTNERS MASTER ACCOUNT LP | $15,273,796.00 | $15,273,796.00 | 1 | | | | ✗ | | Not entitled to vote. Beneficial holder ballot submitted to directly to Voting Agent and was not pre-validated.  Vote amount as submitted by the voter was modified and reduced to record date amount. |
| 59 | | MHR INSTITUTIONAL PARTNERS II LP | $8,019,716.00 | $8,019,716.00 | 1 | | | | ✗ | | Not entitled to vote. Beneficial holder ballot submitted to directly to Voting Agent and was not pre-validated.  Vote amount as submitted by the voter was modified and reduced to record date amount. |
| 60 | | MHR INSTITUTIONAL PARTNERS IIA LP | $20,204,102.00 | $20,204,102.00 | 1 | | | | ✗ | | Not entitled to vote. Beneficial holder ballot submitted to directly to Voting Agent and was not pre-validated.  Vote amount as submitted by the voter was modified and reduced to record date amount. |

## Plan Class 5: Subordinated Note Claims and Stub Note Claims

| | | | | Accepting | | Rejecting | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Ref No. | Creditor Name | Total Amount | Amount | Votes | Amount | Votes | Excluded | Comments |
| 61 | | MHR INSTITUTIONAL PARTNERS LP | $6,644,651.00 | $6,644,651.00 | 1 | | | X | Not entitled to vote. Beneficial holder ballot submitted to directly to Voting Agent and was not pre-validated.  Vote amount as submitted by the voter was modified and reduced to record date amount. |
| 63 | | MHRA LP | $229,285.00 | $229,285.00 | 1 | | | X | Not entitled to vote. Beneficial holder ballot submitted to directly to Voting Agent and was not pre-validated.  Vote amount as submitted by the voter was modified and reduced to record date amount. |
| 62 | | MHRM LP | $708,071.00 | $708,071.00 | 1 | | | X | Not entitled to vote. Beneficial holder ballot submitted to directly to Voting Agent and was not pre-validated.  Vote amount as submitted by the voter was modified and reduced to record date amount. |
| 77 | | STATE STREET BANK & TRUST COMPANY | $500,000.00 | $500,000.00 | 1 | | | | |

## Plan Class 6: General Unsecured Claims

| | Ballot Counts | | | | | Ballot Amounts | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Accepted | Rejected | Total Counted | Total Excluded | Total Received | Accepted | Rejected | Total Counted | Total Excluded | Total Received |
| Class | | | | | | | | | | |
| 6 | 60.00% 6 | 40.00% 4 | 10 | 3 | 13 | 95.15% $4,148,555.83 | 4.85% $211,585.04 | $4,360,140.87 | $0.00 | $4,360,140.87 |

| | | | | | Accepting | | Rejecting | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Ref No. | Creditor Name | Total Amount | Amount | Votes | Amount | Votes | Excluded | Comments | |
| 84 | s183 | ACCESS DIRECT SYSTEM | $0.00 | $0.00 | 1 | | | X | Not entitled to vote. Does not hold a claim in this Class. | |
| 14 | s214 | BEAULIEU KRISTIN | $0.00 | $0.00 | 1 | | | X | Not entitled to vote. Does not hold a claim in this Class | |
| 30 | s227 | CALLAHAN, ROBERT | $552,214.38 | $552,214.38 | 1 | | | | | |
| 3 | 49 | INSYS CONSULTING SERVICES | $129,512.79 | | | $129,512.79 | 1 | | | |
| 18 | 55 | MARKOWSKI, DEIDRE DALY | $1.00 | $1.00 | 1 | | | | | |
| 83 | 11 | NORTH CAROLINA DEPARTMENT OF REVENUE | $85,253.00 | $85,253.00 | 1 | | | | | |
| 33 | s433 | OFFICE COMMUNICATIONS | $13,570.36 | | | $13,570.36 | 1 | | | |
| 70 | 34 | ONE PR STUDIO | $30,869.89 | | | $30,869.89 | 1 | | | |
| 88 | s136 | PRINCETON INFORMATION, LTD. | $37,632.00 | | | $37,632.00 | 1 | | | |
| 90 | s465 | RACKSPACE, LTD. | $0.00 | $0.00 | 1 | | | X | Not entitled to vote. Does not hold a claim in this Class. | |
| 36 | s288 | RR DONNELLEY & SONS COMPANY | $2,166,646.46 | $2,166,646.46 | 1 | | | | Voter's scheduled claim as reflected on the ballot has been superseded by a filed proof of claim. the tabulated vote amount is based on the proof of claim amount. | |
| 7 | s494 | SONY COMPUTER ENTERTAINMENT | $1,280,858.57 | $1,280,858.57 | 1 | | | | | |
| 23 | s173 | ZINIO SYSTEMS INC. | $63,582.42 | $63,582.42 | 1 | | | | | |

**In Re: Ziff Davis Inc., et al.**
**BALLOT TABULATION REPORT**

## Plan Class 7: Convenience Class Claims

| | Ballot Counts | | | | | Ballot Amounts | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Class | Accepted | Rejected | Total Counted | Total Excluded | Total Received | Accepted | Rejected | Total Counted | Total Excluded | Total Received |
| 7 | 38  92.68% | 3  7.32% | 41 | 6 | 47 | $227,193.21  90.74% | $23,187.87  9.26% | $250,381.08 | $25,130.51 | $275,511.59 |

| | | | | Accepting | | Rejecting | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ctrl. No. | Ref No. | Creditor Name | Total Amount Received | Accepted | Votes | Amount | Votes | Excluded | Comments |
| 28 | s185 | ACCESS STAFFING | $10,000.00 | | | $10,000.00 | 1 | | Accepted the Convenience Class Option. |
| 51 | s191 | ADVERTISING.COM | $0.00 | $0.00 | 1 | | | X | Not entitled to vote. Does not hold a claim in this Class. |
| 17 | s209 | B2B COMPUTER PRODUCTS | $127.21 | $127.21 | 1 | | | | |
| 9 | 62 | BASKOW & ASSOCIATES LTD | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 87 | 68 | CC VENDING INC | $930.00 | $930.00 | 1 | | | | |
| 25 | s233 | CENTRAL TECHNOLOGY, INC. DBA LASER SAVE | $1,227.60 | $1,227.60 | 1 | | | | |
| 20 | s238 | CITY EXPEDITOR, INC. | $2,202.76 | $2,202.76 | 1 | | | | |
| 89 | s245 | COMSYS SERVICES LLC | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 5 | s246 | COMVIEW CORPORATION | $1,127.11 | $1,127.11 | 1 | | | | Voter's scheduled claim has been superseded by a filed proof of claim. the tabulated vote amount is based on the proof of claim amount. |
| 50 | s66 | CONSUMER MARKETING SOLUTIONS | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 67 | s249 | CORE STAFFING SERVICES | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 91 | s261 | DATABIT INC. | $5,792.33 | $5,792.33 | 1 | | | | |
| 66 | 4 | DEMCO INC | $420.00 | $420.00 | 1 | | | | |
| 2 | s295 | EMAIL RESPONSE SYSTEMS, INC. | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 26 | s102 | KELLY SERVICES | $2,298.23 | $2,298.23 | 1 | | | | Voter's scheduled claim has been superseded by a filed proof of claim. the tabulated vote amount is based on the proof of claim amount. |
| 44 | s103 | KIM & CHANG | $2,000.98 | $2,000.98 | 1 | | | | |
| 4 | s359 | LEEWOOD PRESS INC. | $2,913.23 | $2,913.23 | 1 | | | | |

## Plan Class 7: Convenience Class Claims

| Ctrl. No. | Ref No. | Creditor Name | Total Amount | Accepting Amount | Votes | Rejecting Amount | Votes | Excluded | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 19 | 9 | LORICOM INC DBA THE ROSEN GROUP | $10,000.00 | | | | | X | Ballot did not indicate an acceptance or rejection of the Plan. Accepted the Convenience Class Option. |
| 21 | s112 | MACLACHLAN & DONALDSON | $965.00 | | | | | X | Ballot did not indicate an acceptance or rejection of the Plan |
| 72 | s114 | MARK - INVENTA CO. LTD. | $8,610.00 | $8,610.00 | 1 | | | | Voter's scheduled claim as reflected on the ballot has been superseded by a filed proof of claim, the tabulated vote amount is based on the proof of claim amount. |
| 32 | s381 | MASSACHUSETTS DEPT OF REVENUE | $3,964.51 | | | | | X | No signature. Ballot did not indicate an acceptance or rejection of the Plan |
| 29 | 40 | MCPHETERS & COMPANY I LLC | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 68 | s393 | MEDIA SYSTEMS INC. | $8,688.97 | $8,688.97 | 1 | | | | |
| 85 | s399 | METROTECH PROTECTIVE SYSTEMS, INC. | $4,757.66 | $4,757.66 | 1 | | | | |
| 1 | s406 | MI6 GAME MARKETING | $10,000.00 | $10,000.00 | 1 | | | | |
| 15 | 20 | NATIONAL PUBLISHER SERVICES INC | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 79 | s128 | NEO@OGILVY-CANADA | $5,620.00 | | | | | X | Ballot did not indicate an acceptance or rejection of the Plan |
| 69 | s129 | NEW AGE MEDIA SYSTEMS, INC. | $8,688.97 | $8,688.97 | 1 | | | | |
| 11 | s424 | NOR-CAL MOVING SERVICES | $713.83 | $713.83 | 1 | | | | Voter's scheduled claim as reflected on the ballot has been superseded by a filed proof of claim, the tabulated vote amount is based on the proof of claim amount. |
| 31 | 16 | NPD GROUP INC THE | $4,581.00 | | | | | X | Ballot did not indicate an acceptance or rejection of the Plan |
| 71 | s447 | PC CONNECTION | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 80 | s451 | PILLAR DATA SYSTEMS, INC. | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 73 | s453 | POINT ROLL, INC. | $4,623.55 | $4,623.55 | 1 | | | | |
| 86 | s455 | PRAXIS MARKETING | $10,000.00 | $10,000.00 | 1 | | | | |
| 6 | s462 | PUBLISHERS ADVERTISING CREDIT GROUP | $550.00 | $550.00 | 1 | | | | Accepted the Convenience Class Option. |
| 13 | 73 | SEYFARTH SHAW | $4,809.17 | $4,809.17 | 1 | | | | |

## Plan Class 7: Convenience Class Claims

|  |  |  |  | Accepting | | Rejecting | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Ref No. | Creditor Name | Total Amount | Amount | Votes | Amount | Votes | Excluded | Comments |
| 8 | 63 | SIX APART | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 37 | s489 | SKYLINE CREDIT RIDE | $4,391.05 | $4,391.05 | 1 | | | | |
| 52 | $148 | SOCIETA ITALIANA BREVETTI | $3,187.87 | | | $3,187.87 | 1 | | Voter's scheduled claim as reflected on the ballot has been superseded by a filed proof of claim, the tabulated vote amount is based on the proof of claim amount. |
| 10 | s507 | SUBCO, INC. | $10,000.00 | | | $10,000.00 | 1 | | Accepted the Convenience Class Option. |
| 24 | s514 | TEXAS INSTRUMENTS | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 12 | s517 | THE LIGATURE | $2,151.75 | $2,151.75 | 1 | | | | |
| 16 | 5 | TIMBERLINE TOTAL SOLUTIONS LLC | $6,689.57 | $6,689.57 | 1 | | | | |
| 34 | s535 | UPS | $7,698.98 | $7,698.98 | 1 | | | | |
| 35 | s554 | WB MASON | $105.26 | $105.26 | 1 | | | | Voter's scheduled claim as reflected on the ballot has been superseded by a filed proof of claim, the tabulated vote amount is based on the proof of claim amount. |
| 22 | s557 | WESTERN WATS | $5,675.00 | $5,675.00 | 1 | | | | |
| 75 | 18 | WORCESTER ENVELOPE CO | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |

# EXHIBIT B

**BALLOT TABULATION REPORT**
**SUMMARY**
In Re: Ziff Davis Inc., et al.

| | **Ballot Counts** | | | | | **Ballot Amounts** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | Rejected | Total Counted | Total Excluded | Total Received | Accepted | Rejected | Total Counted | Total Excluded | Total Received |
| 4 | 73 100.00% | 0 0.00% | 73 | 11 | 84 | $181,236,000.00 100.00% | $0.00 0.00% | $181,236,000.00 | $199,115,278.60 | $380,351,278.60 |
| 5 | 25 100.00% | 0 0.00% | 25 | 9 | 34 | $84,589,583.00 100.00% | $0.00 0.00% | $84,589,583.00 | $52,976,403.00 | $137,565,986.00 |
| 6 | 6 60.00% | 4 40.00% | 10 | 3 | 13 | $4,148,555.83 95.15% | $211,585.04 4.85% | $4,360,140.87 | $0.00 | $4,360,140.87 |
| 7 | 38 92.68% | 3 7.32% | 41 | 6 | 47 | $227,193.21 90.74% | $23,187.87 9.26% | $250,381.08 | $25,130.51 | $275,511.59 |

| Class | Description |
|---|---|
| 4 | Senior Secured Note Claims and MHR Note Claims |
| 5 | Subordinated Note Claims and Stub Note Claims |
| 6 | General Unsecured Claims |
| 7 | Convenience Class Claims |

# In Re: Ziff Davis Inc., et al.
## BALLOT TABULATION REPORT

## Plan Class 4: Senior Secured Note Claims and MHR Note Claims

| | Ballot Counts | | | | | Ballot Amounts | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Class** | **Accepted** | **Rejected** | **Total Counted** | **Total Excluded** | | **Accepted** | **Rejected** | **Total Counted** | **Total Excluded** | **Total Received** |
| 4 | 73   100.00% | 0   0.00% | 73 | 11 | 84 | $181,236,000.00   100.00% | $0.00   0.00% | $181,236,000.00 | $199,115,278.60 | $380,351,278.60 |

| | | | | Accepting | | Rejecting | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Ctrl. No.** | **Ref No.** | **Creditor Name** | **Total Amount / Total Received** | **Accepted** | **Votes** | **Rejected** | **Votes** | **Counted** | **Excluded** | **Comments** |
| 94 | | BANK OF NEW YORK (THE) | $35,000.00 | $35,000.00 | 1 | | | | | |
| 42 | | BANK OF NEW YORK (THE) | $2,344,000.00 | $2,344,000.00 | 10 | | | | | |
| 98 | | BROADRIDGE FINANCIAL | $66,776,000.00 | $66,776,000.00 | 37 | | | | | Submitted ballot included votes already included in JP Morgan Master Ballot Ctrl. No. 38 and Wells Fargo Master Ballot Ctrl. No. 45; tabulated amount reflects the reduction of amounts voted in those Master Ballots. |
| 93 | | GOLDMAN SACHS & CO | $12,000,000.00 | $12,000,000.00 | 1 | | | | | |
| 38 | | JP MORGAN CHASE NA | $1,041,000.00 | $1,041,000.00 | 3 | | | | | |
| 41 | | LEHMAN BROTHERS INC | $12,000,000.00 | $12,000,000.00 | 3 | | | | X | Duplicate; original version of faxed ballot, see Ctrl. No. 40. |
| 39 | | LEHMAN BROTHERS INC | $18,600,000.00 | $18,600,000.00 | 3 | | | | X | Superseded; Ballot is superseded by Ctrl. No. 40; this ballot had overvoted the record date position. |
| 40 | | LEHMAN BROTHERS INC | $12,000,000.00 | $12,000,000.00 | 3 | | | | | |
| 27 | | MCTEE, MARSHA | $278.60 | | | $278.60 | 1 | | X | No signature. Not entitled to vote. Beneficial holder ballot submitted to directly to Voting Agent and was not pre-validated. |
| 53 | | MHR CAPITAL PARTNERS (100) LP | $269,877.00 | $269,877.00 | 1 | | | | | Submitted ballot overvoted the position, amount was reduced to principal amount of the respective note. |
| 54 | | MHR CAPITAL PARTNERS MASTER ACCOUNT LP | $2,334,202.00 | $2,334,202.00 | 1 | | | | | Submitted ballot overvoted the position, amount was reduced to principal amount of the respective note. |
| 55 | | MHR INSTITUTIONAL PARTNERS II LP | $1,136,588.00 | $1,136,588.00 | 1 | | | | | Submitted ballot overvoted the position, amount was reduced to principal amount of the respective note. |
| 57 | | MHR INSTITUTIONAL PARTNERSHIP III LP | $13,395,921.00 | $13,395,921.00 | 1 | | | | | Submitted ballot overvoted the position, amount was reduced to principal amount of the respective note. |
| 56 | | MHR INSTITUTIONAL PARTNERS II A LP | $2,863,412.00 | $2,863,412.00 | 1 | | | | | Submitted ballot overvoted the position, amount was reduced to principal amount of the respective note. |

# Plan Class 4: Senior Secured Note Claims and MHR Note Claims

| Ctrl. No. | Ref No. | Creditor Name | Total Amount | Accepting Amount | Votes | Rejecting Amount | Votes | Excluded | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 65 | | MORGAN STANLEY | $56,500,000.00 | $56,500,000.00 | 1 | | | | |
| 74 | | MORGAN STANLEY | $56,000,000.00 | $56,000,000.00 | 1 | | | X | Superseded. Ballot is superseded by Ctrl. No. 65. |
| 78 | | MORGAN STANLEY | $56,500,000.00 | $56,500,000.00 | 1 | | | X | Duplicate, original version of faxed ballot, see Ctrl. No. 65. |
| 47 | | MORGAN STANLEY | $56,000,000.00 | $56,000,000.00 | 1 | | | X | Superseded. Ballot is superseded by Ctrl. No. 65. |
| 81 | | NORTHERN TRUST COMPANY (THE) | $3,715,000.00 | $3,715,000.00 | 1 | | | | |
| 43 | | STATE STREET BANK & TRUST CO | $6,810,000.00 | $6,810,000.00 | 10 | | | | |
| 45 | | WELLS FARGO BANK NA | $15,000.00 | $15,000.00 | 1 | | | | |
| 48 | | WELLS FARGO BANK NA | $15,000.00 | $15,000.00 | 1 | | | X | Duplicate, original version of faxed ballot, see Ctrl. No. 45. |

## Plan Class 5: Subordinated Note Claims and Stub Note Claims

| | | Ballot Counts | | | | | | Ballot Amounts | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | Rejected | Total Counted | Total Excluded | Total Received | | | | Total Counted | Total Excluded | Total Received |
| 5 | 25  100.00% | 0  0.00% | 25 | 9 | 34 | $84,589,583.00  100.00% | $0.00  0.00% | | $84,589,583.00 | $52,976,403.00 | $137,565,986.00 |

| | | | | | Accepting | | Rejecting | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Ref No. | Creditor Name | Total Amount | Accepted | | Amount  Votes | Counted | Excluded | Comments | |
| | | | | Amount | Votes | | | | | |
| 92 | | BANC OF AMERICA SECURITIES | $39,735.00 | $39,735.00 | 1 | | | | | |
| 46 | | BANK OF NEW YORK (THE) | $0.00 | | | | | X | No signature. Ballot is missing both the vote page and the signature page. | |
| 49 | | BANK OF NEW YORK (THE) | $71,206.00 | $71,206.00 | 1 | | | | | |
| 96 | | BROADRIDGE FINANCIAL | $10,342,250.00 | $10,342,250.00 | 4 | | | | | |
| 97 | | BROADRIDGE FINANCIAL | $73,554,795.00 | $73,554,795.00 | 15 | | | | | |
| 82 | | JP MORGAN CHASE NA | $24,776.00 | $24,776.00 | 2 | | | X | Duplicate, original version of faxed ballot, see Ctrl. No. 76. | |
| 76 | | JP MORGAN CHASE NA | $24,776.00 | $24,776.00 | 2 | | | | | |
| 95 | | MELLON TRUST OF NEW ENGLAND NA | $56,821.00 | $56,821.00 | 1 | | | | | |
| 58 | | MHR CAPITAL PARTNERS (100) LP | $1,872,006.00 | $1,872,006.00 | 1 | | | X | Not entitled to vote. Beneficial holder ballot submitted to directly to Voting Agent and was not pre-validated. Vote amount as submitted by the voter was modified and reduced to record date amount. | |
| 64 | | MHR CAPITAL PARTNERS MASTER ACCOUNT LP | $15,273,796.00 | $15,273,796.00 | 1 | | | X | Not entitled to vote. Beneficial holder ballot submitted to directly to Voting Agent and was not pre-validated. Vote amount as submitted by the voter was modified and reduced to record date amount. | |
| 59 | | MHR INSTITUTIONAL PARTNERS II LP | $8,019,716.00 | $8,019,716.00 | 1 | | | X | Not entitled to vote. Beneficial holder ballot submitted to directly to Voting Agent and was not pre-validated. Vote amount as submitted by the voter was modified and reduced to record date amount. | |
| 60 | | MHR INSTITUTIONAL PARTNERS IIA LP | $20,204,102.00 | $20,204,102.00 | 1 | | | X | Not entitled to vote. Beneficial holder ballot submitted to directly to Voting Agent and was not pre-validated. Vote amount as submitted by the voter was modified and reduced to record date amount. | |

## Plan Class 5: Subordinated Note Claims and Stub Note Claims

| Ctrl. No. | Ref No. | Creditor Name | Total Amount | Accepting Amount | Accepting Votes | Rejecting Amount | Rejecting Votes | Excluded | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 61 | | MHR INSTITUTIONAL PARTNERS LP | $6,644,651.00 | $6,644,651.00 | 1 | | | X | Not entitled to vote. Beneficial holder ballot submitted to directly to Voting Agent and was not pre-validated. Vote amount as submitted by the voter was modified and reduced to record date amount. |
| 63 | | MHRA LP | $229,285.00 | $229,285.00 | 1 | | | X | Not entitled to vote. Beneficial holder ballot submitted to directly to Voting Agent and was not pre-validated. Vote amount as submitted by the voter was modified and reduced to record date amount. |
| 62 | | MHRM LP | $708,071.00 | $708,071.00 | 1 | | | X | Not entitled to vote. Beneficial holder ballot submitted to directly to Voting Agent and was not pre-validated. Vote amount as submitted by the voter was modified and reduced to record date amount. |
| 77 | | STATE STREET BANK & TRUST COMPANY | $500,000.00 | $500,000.00 | 1 | | | | |

## Plan Class 6: General Unsecured Claims

| | Ballot Counts | | | | | Ballot Amounts | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Class | Accepted | Rejected | Total Counted | Total Excluded | Total Received | | Total Counted | Total Excluded | Total Received |
| 6 | 6  60.00% | 4  40.00% | 10 | 3 | 13 | | $4,360,140.87 | $0.00 | $4,360,140.87 |

| | | | | Accepting | | Rejecting | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Accepted $4,148,555.83  95.15% | | Rejected $211,585.04  4.85% | | | |
| Ctrl. No. | Ref No. | Creditor Name | Total Amount | Accepted | Votes | Rejected | Votes | Excluded | Comments |
| 84 | s183 | ACCESS DIRECT SYSTEM | $0.00 | $0.00 | 1 | | | X | Not entitled to vote. Does not hold a claim in this Class. |
| 14 | s214 | BEAUJIEU, KRISTIN | $0.00 | $0.00 | 1 | | | X | Not entitled to vote. Does not hold a claim in this Class. |
| 30 | s227 | CALLAHAN, ROBERT | $552,214.38 | $552,214.38 | 1 | | | | |
| 3 | 49 | INSYS CONSULTING SERVICES | $129,512.79 | | | $129,512.79 | 1 | | |
| 18 | 55 | MARKOWSKI, DEIDRE DALY | $1.00 | $1.00 | 1 | | | | |
| 83 | 11 | NORTH CAROLINA DEPARTMENT OF REVENUE | $85,253.00 | $85,253.00 | 1 | | | | |
| 33 | s433 | OFFICE COMMUNICATIONS | $13,570.36 | | | $13,570.36 | 1 | | |
| 70 | 34 | ONE PR STUDIO | $30,869.89 | | | $30,869.89 | 1 | | |
| 88 | s136 | PRINCETON INFORMATION, LTD. | $37,632.00 | | | $37,632.00 | 1 | | |
| 90 | s465 | RACKSPACE, LTD. | $0.00 | $0.00 | 1 | | | X | Not entitled to vote. Does not hold a claim in this Class. |
| 36 | s288 | RR DONNELLEY & SONS COMPANY | $2,166,646.46 | $2,166,646.46 | 1 | | | | Voter's scheduled claim as reflected on the ballot has been superseded by a filed proof of claim, the tabulated vote amount is based on the proof of claim amount. |
| 7 | s494 | SONY COMPUTER ENTERTAINMENT | $1,280,858.57 | $1,280,858.57 | 1 | | | | |
| 23 | s173 | ZINIO SYSTEMS INC. | $63,582.42 | $63,582.42 | 1 | | | | |

**In Re: Ziff Davis Inc., et al.**
BALLOT TABULATION REPORT

## Plan Class 7: Convenience Class Claims

### Ballot Counts

| Class | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
|---|---|---|---|---|---|---|---|
| 7 | 38 | 92.68% | 3 | 7.32% | 41 | 6 | 47 |

### Ballot Amounts

| | Accepting | | Rejecting | | | |
|---|---|---|---|---|---|---|
| | Accepted | Rejected | | Total Counted | Total Excluded | Total Received |
| | $227,193.21  90.74% | $23,187.87  9.26% | | $250,361.08 | $25,130.51 | $275,511.59 |

| Ctrl. No. | Ref No. | Creditor Name | Total Amount | Accepting Amount | Votes | Rejecting Amount | Votes | Excluded | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 28 | s185 | ACCESS STAFFING | $10,000.00 | | | $10,000.00 | 1 | | Accepted the Convenience Class Option. |
| 51 | s191 | ADVERTISING.COM | $0.00 | $0.00 | 1 | | | X | Not entitled to vote. Does not hold a claim in this Class. |
| 17 | s209 | B2B COMPUTER PRODUCTS | $127.21 | $127.21 | 1 | | | | |
| 9 | 62 | BASKOW & ASSOCIATES LTD | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 87 | 68 | CC VENDING INC | $930.00 | $930.00 | 1 | | | | |
| 25 | s233 | CENTRAL TECHNOLOGY, INC. DBA LASER SAVE | $1,227.60 | $1,227.60 | 1 | | | | |
| 20 | s238 | CITY EXPEDITOR, INC. | $2,202.76 | $2,202.76 | 1 | | | | |
| 89 | s245 | COMSYS SERVICES, LLC | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 5 | s246 | COMVIEW CORPORATION | $1,127.11 | $1,127.11 | 1 | | | | Voter's scheduled claim has been superseded by a filed proof of claim, the tabulated vote amount is based on the proof of claim amount. |
| 50 | s66 | CONSUMER MARKETING SOLUTIONS | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 67 | s249 | CORE STAFFING SERVICES | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 91 | s261 | DATABIT INC. | $5,792.33 | $5,792.33 | 1 | | | | |
| 66 | 4 | DEMCO INC | $420.00 | $420.00 | 1 | | | | |
| 2 | s295 | EMAIL RESPONSE SYSTEMS, INC. | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 26 | s102 | KELLY SERVICES | $2,298.23 | $2,298.23 | 1 | | | | Voter's scheduled claim has been superseded by a filed proof of claim, the tabulated vote amount is based on the proof of claim amount. |
| 44 | s103 | KIM & CHANG | $2,000.98 | $2,000.98 | 1 | | | | |
| 4 | s359 | LEEWOOD PRESS INC. | $2,913.23 | $2,913.23 | 1 | | | | |

## Plan Class 7: Convenience Class Claims

| Ctrl. No. | Ref No. | Creditor Name | Total Amount | Accepting Amount | Votes | Rejecting Amount | Votes | Excluded | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 19 | 9 | LORICOM INC DBA THE ROSEN GROUP | $10,000.00 | | | | | X | Ballot did not indicate an acceptance or rejection of the Plan. Accepted the Convenience Class Option. |
| 21 | s112 | MACLACHLAN & DONALDSON | $965.00 | | | | | X | Ballot did not indicate an acceptance or rejection of the Plan |
| 72 | s114 | MARK - INVENTA CO. LTD. | $8,610.00 | $8,610.00 | 1 | | | | Voter's scheduled claim as reflected on the ballot has been superseded by a filed proof of claim. the tabulated vote amount is based on the proof of claim amount. |
| 32 | s381 | MASSACHUSETTS DEPT OF REVENUE | $3,964.51 | | | | | X | No signature. Ballot did not indicate an acceptance or rejection of the Plan |
| 29 | 40 | MCPHETERS & COMPANY I LLC | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 68 | s393 | MEDIA SYSTEMS INC. | $8,688.97 | $8,688.97 | 1 | | | | |
| 85 | s399 | METROTECH PROTECTIVE SYSTEMS, INC. | $4,757.66 | $4,757.66 | 1 | | | | |
| 1 | s406 | MI6 GAME MARKETING | $10,000.00 | $10,000.00 | 1 | | | | |
| 15 | 20 | NATIONAL PUBLISHER SERVICES INC | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 79 | s128 | NEO@OGILVY-CANADA | $5,820.00 | | | | | X | Ballot did not indicate an acceptance or rejection of the Plan |
| 69 | s129 | NEW AGE MEDIA SYSTEMS, INC. | $8,688.97 | $8,688.97 | 1 | | | | |
| 11 | s424 | NOR-CAL MOVING SERVICES | $713.83 | $713.83 | 1 | | | | Voter's scheduled claim as reflected on the ballot has been superseded by a filed proof of claim. the tabulated vote amount is based on the proof of claim amount. |
| 31 | 16 | NPD GROUP INC THE | $4,581.00 | | | | | X | Ballot did not indicate an acceptance or rejection of the Plan |
| 71 | s447 | PC CONNECTION | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 80 | s451 | PILLAR DATA SYSTEMS, INC. | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 73 | s453 | POINT ROLL INC. | $4,623.55 | $4,623.55 | 1 | | | | |
| 86 | s455 | PRAXIS MARKETING | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 6 | s462 | PUBLISHERS ADVERTISING CREDIT GROUP | $550.00 | $550.00 | 1 | | | | |
| 13 | 73 | SEYFARTH SHAW | $4,809.17 | $4,809.17 | 1 | | | | |

## Plan Class 7: Convenience Class Claims

| Ctrl. No. | Ref No. | Creditor Name | Total Amount | Accepting Amount | Accepting Votes | Rejecting Amount | Rejecting Votes | Excluded | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 63 | SIX APART | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 37 | s489 | SKYLINE CREDIT RIDE | $4,391.05 | $4,391.05 | 1 | | | | |
| 52 | s148 | SOCIETA ITALIANA BREVETTI | $3,187.87 | | | $3,187.87 | 1 | | Voter's scheduled claim as reflected on the ballot has been superseded by a filed proof of claim. the tabulated vote amount is based on the proof of claim amount. |
| 10 | s507 | SUBCO. INC. | $10,000.00 | | | $10,000.00 | 1 | | Accepted the Convenience Class Option. |
| 24 | s514 | TEXAS INSTRUMENTS | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |
| 12 | s517 | THE LIGATURE | $2,151.75 | $2,151.75 | 1 | | | | |
| 16 | 5 | TIMBERLINE TOTAL SOLUTIONS LLC | $6,689.57 | $6,689.57 | 1 | | | | |
| 34 | s535 | UPS | $7,698.98 | $7,698.98 | 1 | | | | |
| 35 | s554 | WB MASON | $105.26 | $105.26 | 1 | | | | Voter's scheduled claim as reflected on the ballot has been superseded by a filed proof of claim. the tabulated vote amount is based on the proof of claim amount. |
| 22 | s557 | WESTERN WATS | $5,675.00 | $5,675.00 | 1 | | | | |
| 75 | 18 | WORCESTER ENVELOPE CO | $10,000.00 | $10,000.00 | 1 | | | | Accepted the Convenience Class Option. |